*Letter of Ref 2015*

Dear Madams and Sirs,

  I write today to recommend Tipton Sholes as a young medical student, now doctor, taking his first steps in the training years that will end in him joining our still honorable profession. I have known Tipton for many years now and can recommend him highly, based on watching him grow up, then on watching him as he shadowed me in my office a number of times when he was a college student, and then on two separate rotations on my service as a medical student. He has many qualities that will stand him good stead as he becomes the fine doctor that I expect him to be. Tipton is both extremely intelligent and able to focus on the goal at hand in order to achieve results. He has demonstrated those capabilities in his high school, college, and, finally, medical school work. He has excelled at every level. He impressed his college chemistry professor enough to earn him a job as undergraduate assistant in the lab, participating in bench chemistry research at that time. He has done well in his work at Mercer and on his testing at different levels. At the clinical level, the arena in which I have worked with him, I have seen his intelligence, common sense, work habits, interrelationships, and technical skills. He performs at a very high level in all categories. Moreover, in contrast to my remembrances of myself at the same level of development, I think Tipton is a very quick learner which, I think, will help the rest of the residents he will work with in his early years.

  As mentioned already, Tipton has shadowed me extensively in my practice of surgical oncology in my office and in the operating room, exposing him to the realities of day to day clinical medicine. He has shown an ongoing interest in the life's work of the clinical physician. I have been impressed repeatedly by his ability to retain information and apply it to the questions of the day. He enjoys learning and improving himself. He has a natural knack for figuring things out and I have seen him repeatedly demonstrate excellent problem solving abilities. I gave him more leeway in helping in the OR than I usually do, because he developed the technical facility to be able to handle it. I think these abilities will translate, with experience, into the skills needed to become a very fine physician.

  On a personal basis, Tipton is engaging and personable in his interactions with people of all types, as I saw in the office setting with my patients of all strata of life, with me, and with my office staff and the OR staff. Bottomline, I think his emotional makeup has the attributes needed to be a caring and attentive physician and his intellectual capacity is certainly more than adequate to the tasks that we physicians face on a daily basis. Finally, I think he has the strength of will and character to weather, without falter, the challenges that change will bring to our profession over the coming years..

  All in all, I give my strongest recommendation to this young man whom I know well and whom I know to have all the personal qualities needed to be a physician of the highest caliber.

                 Sincerely,

                 Ken Dixon, MD