# United States District Court
## Southern District of Georgia

TIPTON SHOLES, M.D.,

    Plaintiff,

    v.

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM
OF GEORGIA d/b/a AUGUSTA UNIVERSITY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-022

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 20, 2023, Defendant's Motion to exclude Plaintiff's Expert Witness Testimony is granted in part and denied in part, and Defendant's Motion for Summary Judgment is granted.  Therefore, judgment is hereby entered in favor of the Defendant and this case stands closed.



03/20/2023
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Sabalza*
(By) Deputy Clerk